CITY OF PATERSON, A MUNICIPAL CORPORATION OF THE
STATE OF NEW JERSEY v. PATERSON POLICE
P.B.A., LOCAL # 1.

March 31, 1983.

This matter having been duly considered and the Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed. (See 91 *N.J.* 571)

---

IN RE BRITISH ORAL CONTRACEPTIVE CASES.

April 18, 1983.

Petition for certification denied.

---

STATE OF NEW JERSEY v. ROBERT KEEGAN.

April 18, 1983.

Petition for certification denied. (See 188 *N.J.Super.* 471)

---

MARY E. FLEMING v. WESTERN ELECTRIC COMPANY.

April 19, 1983.

Petition for certification denied.